**Order filed March 15, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00255-CV
_____

## IN RE MANUEL ALFREDO SOSA, QUIPICA, L.L.C., AND QUIMICOS PETROLEROS INTEGRADOS, C.A., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-56882**

---

# O R D E R

On March 15, 2012, relators, Manuel Alfredo Sosa, Quipica, L.L.C. and Quimicos Petroleros Integrados, C.A., filed a petition for writ of mandamus. *See* TEX. GOV'T CODE ANN. § 22.221. Relators ask this Court to order The Honorable Brett Gamble, Judge of the 270th District Court, Harris County, Texas, to vacate his order dated February 27, 2012, entered in trial court cause number 2011-56882, styled *Manuel Alfredo Sosa, Quipica, L.L.C., and Quimicos Petroleros Integrados, C.A. v. Honghua America L.L.C.,*

*NCE Management, L.L.C., and Sichuan Honghua Petroleum Equipment Co., Ltd.* Relators claims the trial court abused its discretion in order the case transferred to Fort Bend County. Relators also filed an emergency motion to stay the transfer order. Subsequently, real parties in interest filed an emergency motion for temporary relief, requesting a stay from the ongoing arbitration.

It appears from the facts stated in the petition that relators' request for relief requires further consideration. Further, it appears the parties will be prejudiced unless immediate temporary relief is granted. *See* TEX. R. APP. P. 52.8(b), 52.10.

We therefore ORDER that all proceedings in trial court cause number 2011-56882, styled *Manuel Alfredo Sosa, Quipica, L.L.C., and Quimicos Petroleros Integrados, C.A. v. Honghua America L.L.C., NCE Management, L.L.C., and Sichuan Honghua Petroleum Equipment Co., Ltd.* **and** Case No. 50 198 T 00033 12; *Quipica, LLC and Quimicos Petroleros Integrados, C.A. vs. Honghua America, LLC, Sichuan Honghua Petroleum Equipment Co., Ltd., NCE Management, LLC, Chuanyou Guanghan Honghua Co., Ltd., and New Continental Equipment Co., LTD*., be stayed until final decision by this Court of relators' petition for writ of mandamus, or until further orders of this Court.

The real parties in interest are requested to file a response to relators' petition for writ of mandamus on or before March 30, 3012.


PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish.